# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:14-cr-00121-GMN-VCF |
| vs. ) | |
| ) | **ORDER** |
| STANLEY JOE POLK, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is Defendant Stanley Joe Polk's ("Defendant") Motion for Appointment of Counsel, (ECF No. 35). For good cause appearing, **IT IS HEREBY ORDERED** that Defendant's Motion for Appointment of Counsel is **GRANTED**.

**IT IS FURTHER ORDERED** that the Office of the Federal Public Defender is **APPOINTED** as counsel for Defendant.

**DATED** this __11__ day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court